Name: Adama Jadama
Address: P.O. Box - 550 Gunnison Utah 84634
Telephone:

RECEIVED CLERK
2012 JAN 27 P 12: 59   JAN 24 2011
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

| | |
|---|---|
| Adama Jadama <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> Eva Lovgen <br> Donald Trump <br> Jacob Celeste <br> Vanass William <br><br> DEFENDANTS | **CIVIL RIGHTS COMPLAINT** <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:11cv00100 <br> Assigned To : Kimball, Dale A. <br> Assign. Date : 1/24/2011 <br> Description: Jadama v. Lovgen et al. |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. _X_ 42 U.S.C. §1983
    b. _X_ 42 U.S.C. §1985
    c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Adama Jadama
   IS A CITIZEN OF THE STATE OF Africa - Gambia.

   PRESENT MAILING ADDRESS: P.O. Box 550 Gunnison Utah 84634
   Gunnison Utah 84634

3. NAME OF FIRST DEFENDANT Eva Lovgen

IS A CITIZEN OF  U.S.A
                (City and State)

IS EMPLOYED AS Accountant/Actress at _____.
               (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO _X_. If your answer is "YES" briefly explain.

Eva lougen was Not Acting under the law when she She took My Account And My Business title to Start Business —

4. NAME OF SECOND DEFENDANT Donald Trump
   (If applicable)

IS A CITIZEN OF  U.S.A
                (City and State)

IS EMPLOYED AS Business Man-Voit Supervisor at NASA .
               (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO ___. If your answer is "YES" briefly explain.

He Donald works for Nasa he is a Business men he do Small And big Business in control for people he was my Business Man control

5. NAME OF THIRD DEFENDANT Vanessa William
   (If applicable)

IS A CITIZEN OF  U.S.A
                (City and State)

IS EMPLOYED AS Actress/Accountant Business at NASA .

(Position and Title if Any)   (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

Vanessa William was my Accountant She was doing my Accountant for Nasa-

6. NAME OF FOURTH DEFENDANT: Jacob Lester
(If applicable)

IS A CITIZEN OF U.S.A
(city and State)

IS EMPLOYED AS Business manager at NASA.
(Position and Title if Any)   (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

He was NASa Mean manager for all my Businesses in tha world- in America too he managers my Small And Big Business- with NASA

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I am bringing this case in Court Because I did not Allow Eva Lougen to take tha Action she took or what She did &Eva stole my Accountant from tha Professional Business man And Starts to Run a Business under My Accountant And under my title without my Right that why I am Bringing this in Court- Adaura

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: ~~scribbled~~ Extortion ~~scribbled~~

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

   Donald trump & he did Not secure my Right Before giveing up my Accounts Money And my titles- to Eva Lougen who used my Company leader And made them give my Account And money in my Account to her- Eva Lougen used my Name to take my Account from my Business Peoples -

   b. (1) Count II: Fraud -

   (2) Supporting Facts: Eva Lougen Stole My Money And made my Business Mans believe that I give her the Right to do So I did Not give Eva Lougen Any Right to Run my Business- She Stole too much of my Money- And Claim to be my Accountant with me saying So -

c. (1) Count III: __Stealing - Stole my money - Eva Lougen -__

(2) Supporting Facts: __Eva Lougen stole my Business important titles And start giving them out for Loan's And money to support her - I was Locked up - I am in prison - And I did not give Eva Any Rights to do this things so he Donald trump did tha same -__

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

__I believe that I was disRespected by Eva And I was cheat out of my money I faced Stress - Anxiety pluse Mental depression cause of this - my money was stolen I could Not pay taxes or do the Right of work in my Business at work - Donald did tha same with Jacob ceekate. Alonge with Vanessa william.__

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.     Parties to previous lawsuit:

          Plaintiff(s): _____

    Defendant(s): _____
 b. Name of court and case or docket number: _____

 c. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

 d. Issues raised: _____
_____
_____

 e. When did you file the lawsuit? _____
            Date Month Year

 f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES **X** / NO ___.  If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I wrote to the court house - explain that I want a law suet against this peoples because they tuk my money and my account without any right to big given to them at any time the court send me a Application to file a law sueit a civil law suit to fight my case in court —

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

to my Bank Account Amount of 484 trillion dollar's pluse I am intel in title to my full

Business title of NASA Business title my ~~the~~ Homes And Car And Air plane that are ~~to~~ all stolen

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _____ on Jan 13 2011.
        (Location)                        (Date)

Adama Jadama
Signature