IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| ADAMA JADAMA, | ) | **DISMISSAL ORDER** |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-CV-100 DAK |
| | ) | |
| v. | ) | District Judge Dale A. Kimball |
| | ) | |
| EVA LOUNGEN et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Plaintiff, Adama Jadama, filed a *pro se* prisoner civil rights complaint and now moves to dismiss it without prejudice, because he "no longer need[s] this to be filed in at Court." Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss his complaint without prejudice is GRANTED.  This case is CLOSED.

DATED this 25th day of April, 2011.

BY THE COURT:

*/s/ Dale A. Kimball*
_____
JUDGE DALE A. KIMBALL
United States District Court